# Exhibit 4



| CLAIM CHART COMPARING US. PATENT NO. D985,513S (the '513 patent) WITH DEFENDANTS' REPRESENTATIVE PRODUCTS | |
|---|---|
| Plaintiff's Patent # 985,513 | Defendants' Representative Products |
| **U.S. Patent** May 9, 2023 Sheet 1 of 13 US D985,513 S *10* *11* **FIG.1** Fig.1 of Pat. 513' | Click to see full view |
| **U.S. Patent** May 9, 2023 Sheet 2 of 13 US D985,513 S *12* *13* **FIG.2** Fig.2 of Pat. 513' | |

1



**U.S. Patent**    May 9, 2023    Sheet 3 of 13    US D985,513 S

14

*FIG.3*

Fig. 3 of Pat. 513'

**U.S. Patent**    May 9, 2023    Sheet 4 of 13    US D985,513 S

*FIG.4*

Fig. 4 of Pat. 513'

2



FIG.9

Fig. 9 of Pat. 513'

U.S. Patent     May 9, 2023     Sheet 8 of 13     US D985,513 S

FIG.10

Fig. 10 of Pat. 513'

3