**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dun Lan

Plaintiff,

v.

Case No.: 1:26−cv−06779
Honorable Elaine E. Bucklo

CHANGZHOU ZITE TRADING CO., LTD

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 21, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: Parties failed to file the joint Rule 26(f) planning report required by minute entry no. [6]. The scheduling conference and the Rule 26(f) planning report are stricken. Status hearing set for 9/29/2026 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint status report by 9/22/2026 and the court will enter an appropriate order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.