**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DUN LAN,<br>Plaintiff,<br><br>v.<br><br>CHANGZHOU ZITE TRADING CO., LTD d/b/a "MELLBREE" (Amazon Seller ID: A32Q5BUTENIGK4),<br><br>Defendants. | Civil Action No. 26-cv-06779<br><br>Hon. Elaine E. Bucklo<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S STATUS REPORT PURSUANT TO ECF 7**

Plaintiff Dun Lan ("Plaintiff") filed this design patent infringement action against Changzhou Zite Trading Co., Ltd, an Amazon seller operating under the trade name "Mellbree," with seller ID A32Q5BUTENIGK4 (hereinafter "Mellbree" or "Defendant"), based on Defendant's sale of products that embody a design that infringes Plaintiff's U.S. Design Patent No. D985,513 (the "D'513 Patent"). Plaintiff submits this Status Report pursuant to the Court's Order at ECF 7.

1. **Defendant's Location**. Defendant is a business entity based in the People's Republic of China.

2. **Ongoing Investigation**. Plaintiff is currently investigating the accuracy of the physical address listed on Defendant's Amazon storefront to ensure proper identification for service.

3. **Next Steps.** Upon the conclusion of this investigation, Plaintiff intends to diligently pursue service. Depending on the accuracy of the verified information, Plaintiff will either: File a Motion for Alternative Service and other appropriate relief under Federal Rule of Civil Procedure 4(f)(3), or Proceed with formal service of process under the Hague Convention.

4. Plaintiff will continue to update the Court as required and is committed to resolving this preliminary matter as expeditiously as possible.

Date: September 22, 2026

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone: (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
Counsel for Plaintiff Dun Lan