**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DUN LAN,<br><br>Plaintiff,<br>v.<br><br>CHANGZHOU ZITE TRADING CO., LTD, d/b/a MELLBREE,<br><br>Defendants. | Civil Action No. 1:26-cv-6779<br><br>Honorable Elaine E. Bucklo<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Dun Lan ("Plaintiff") hereby seeks this Court's authorization to effectuate service of process by email and electronic publication in this action pursuant to Federal Rules of Civil Procedure 4(f)(3).

A Memorandum of Law and Declaration in support of this renewed motion are being filed concurrently herewith.

A Proposed Order granting Authorization to Perform Electronic Service of Process Under Fed. R. Civ. P. 4(f)(3) is being submitted concurrently herewith.

November 10, 2026

Respectfully submitted,

By: /s/ Xiyan Zhang
Xiyan Zhang
Stratum Law LLC
18 Campus Blvd. Ste. 100
Newtown Square, PA 19073
Phone# (215) 395-8756
Bar# 5052642
xzhang@stratumlaw.com
*Counsel for Plaintiff*