# Exhibit 1

https://www.amazon.com/sp?seller=A32Q5BUTENIGK4

# Mellbree

Visit the Mellbree storefront

★★★★★ | **99% positive** in the last 12 months (864 ratings)

**Protected by A-to-z Guarantee** The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a t

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee c of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for

See full details

## Detailed Seller Information

**Business Name:** Changzhou Zite Trading Co., Ltd
**Business Address:**
新北区三井街道太湖中路
31号704室
常州市
江苏
213000
CN