# Exhibit 4

## TO
## DECLARATION IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AUTHORIZATION TO PERFORM ELECTRONIC SERVICE OF PROCESS UNDER FED.R.CIV.P. 4(f)(3)

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>1</td><td>Changzhou Zite Trading Co., LTD, d/b/a Mellbree</td><td>The company/seller cannot be located.


</td></tr>
</table>