**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DUN LAN,<br><br>Plaintiff,<br>v.<br><br>CHANGZHOU ZITE TRADING CO., LTD, D/B/A MELLBREE<br><br>Defendants. | Civil Action No. 1:26-cv-6779<br><br>Honorable Elaine E. Bucklo<br><br>JURY TRIAL DEMANDED |

**ORDER FOR AUTHORIZATION TO PERFORM ELECTRONIC SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Having considered Plaintiff's Motion for Authorization to Perform Electronic Service of Process pursuant to Federal Rule of Civil Procedure 4(f)(3), it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is authorized to effect service of the Summons, Complaint, and all initiating filings in this matter upon Defendant Changzhou Zite Trading Co., Ltd, d/b/a Mellbree, Amazon Seller ID A32Q5BUTENIGK4 by the following alternative methods under Federal Rule of Civil Procedure 4(f)(3):

1. By email transmission of full PDF copies of the summons, complaint, and all initiating court documents to Defendant's Amazon-associated business email address linked to Amazon Seller ID A32Q5BUTENIGK4;

2. As a secondary backup method, by direct messaging through the Amazon Buyer-Seller messaging system associated with Amazon Seller ID A32Q5BUTENIGK4;

3. By electronic publication of the case materials on Plaintiff's designated online

repository website located at http://en.stratum-law.com/newsinfo/24.html. The website shall make available without charge the summons, complaint, and all initiating filings in this action, and the website link shall be included in the email sent pursuant to paragraph 1 above.

**SO ORDERED**.

SIGNED this 10th day of November, 2026

HONORABLE ELAINE E. BUCKLO
UNITED STATES DISTRICT JUDGE