**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DUN LAN,
Plaintiff,

v.

CHANGZHOU ZITE TRADING CO., LTD,
d/b/a MELLBREE,
Defendant.

______________________________________/

Civil Action No. 1:26-cv-6779
Honorable Elaine E. Bucklo

**DECLARATION OF JIANYIN LIU IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION**

I, Jianyin Liu, declare as follows:

1. I am an attorney admitted to practice in the State of Florida and counsel of record for Defendant Changzhou Zite Trading Co., Ltd. d/b/a Mellbree in this action. I make this declaration in support of Defendant's Motion for Reconsideration. The facts set forth herein are based on my personal knowledge and review of the materials submitted by Plaintiff and the documents provided by my client.

2. I have reviewed Plaintiff's Declaration of Xiyan Zhang and Exhibits 1–4 filed in support of the motion for electronic service (ECF Nos. 12-2 through 12-6).

3. Plaintiff's materials refer to the Chinese name 常州市梓汀机电商贸有限公司. The pinyin for "梓汀" is Zǐ tīng, as I am proficient in Chinese/Mandarin. This is not the Chinese name of the Defendant. The correct Chinese name of the Amazon seller named in the complaint is 常州子特贸易有限公司 (Changzhou Zite Trading Co., Ltd.).

4. I have reviewed the public Amazon seller profile for Seller ID A32Q5BUTENiGK4. It lists the business name as Changzhou Zite Trading Co., Ltd and the address as 新北区三井街道太湖中路31号704室, 常州市, 江苏, 213000, CN. This matches the registered address of 常州子特贸易有限公司.

5. I have reviewed Baidu search results and Qichacha records for the address listed on the Amazon seller page. Those sources confirm that the address belongs to 常州子特贸易有限公司, established December 14, 2017.

6. Plaintiff's statement in the Declaration that "Exhibit 4 contains true-and-correct screenshot results from Qichacha … for that same Amazon-disclosed address" is inaccurate. Exhibit 4 does not reflect the entity named on the Amazon seller page.

7. Google Maps is not a reliable source for street-level addresses in China. Chinese registry and mapping sources (Qichacha, Baidu) are the appropriate references and confirm the correct company at the listed address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 24, 2026, at Palmetto Bay, Florida.

/s/ Jianyin Liu

Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu PLLC.