**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DUN LAN,
Plaintiff,

Civil Action No. 1:26-cv-6779
Honorable Elaine E. Bucklo

v.

CHANGZHOU ZITE TRADING CO., LTD,
d/b/a MELLBREE,
Defendant.

______________________________________/

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT Defendant Changzhou Zite Trading Co., Ltd. d/b/a Mellbree's Motion for Reconsideration [DE 18] will be presented before Judge Bucklo on Dec. 2,2026 at 9:45 am.

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
30 N. LaSalle Street, Suite 1510
Chicago, Illinois 60602
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com
Attorney for Defendant Changzhou Zite Trading Co., Ltd.
d/b/a Mellbree

Dated: November 24, 2026